■ The People of the State of New York, Respondent, v Lawrence Perez, Appellant. [41 NYS3d 890]—Judgment, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), rendered April 8, 2011, convicting defendant, after a jury trial, of murder in the second degree (two counts) and kidnapping in the first degree, and sentencing him to an aggregate term of 25

years to life, unanimously reversed, on the law, and the matter remanded for a new trial.

As this Court determined on a jointly tried codefendant's appeal (*People v Franqui*, 123 AD3d 512 [1st Dept 2014], *lv denied* 25 NY3d 1163 [2015]), and as the People concede, reversal is required because of the absence of an inquiry into whether, and to what extent, a juror slept during the trial.

We decline to revisit this Court's prior order, which granted the People's motion for a protective order sealing, and prohibiting the dissemination of, certain materials. Concur—Sweeny, J.P., Renwick, Richter, Manzanet-Daniels and Kapnick, JJ.